IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12 CV 611

| | |
|---|---|
| RUBBERMAID INCORPORATED d/b/a ) | |
| RUBBERMAID MEDICAL SOLUTIONS, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| CAPSA SOLUTIONS LLC, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on R. Matthew Pearson's Application for Admission to Practice *Pro Hac Vice* of David E. Finkelson. It appearing that David E. Finkelson is a member in good standing with the Virginia State Bar and will be appearing with R. Matthew Pearson, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that R. Matthew Pearson's Application for Admission to Practice *Pro Hac Vice* (#7) of David E. Finkelson is **GRANTED**, and that David E. Finkelson is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with R. Matthew Pearson.

Signed: January 4, 2013

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge