**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:12 CV 611**

| | | |
|---|---|---|
| RUBBERMAID INCORPORATED d/b/a | ) | |
| RUBBERMAID MEDICAL SOLUTIONS, | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| V | ) | **ORDER** |
| | ) | |
| CAPSA SOLUTIONS LLC, | ) | |
| | ) | |
| Defendant. | ) | |

    **THIS MATTER** is before the Court on John P. Higgins' Application for Admission to Practice *Pro Hac Vice* of Scott D. Eads.  It appearing that Scott D. Eads is a member in good standing with the Oregon State Bar and will be appearing with John P. Higgins, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

    **IT IS, THEREFORE, ORDERED** that John P. Higgins' Application for Admission to Practice *Pro Hac Vice* (#13) of Scott D. Eads is **GRANTED**, and that Scott D. Eads is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with John P. Higgins.

Signed: January 10, 2013

Dennis L. Howell
United States Magistrate Judge